■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT CEPHUS, Appellant. [696 NYS2d 694] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Minardo, J.), rendered June 17, 1996, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Kennedy,* 185 AD2d 364; *People v Gaimari,* 176 NY 84, 94). Its determination should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise

of our factual review power, we are satisfied that the verdict is not against the weight of the evidence (*see,* CPL 470.15 [5]). Altman, J. P., Krausman, H. Miller and Schmidt, JJ., concur.